■ ETHEL MERKER, Individually and as Guardian ad Litem for LEONA R. MERKER and Others, Infants, et al., v. AARON MERKER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the

record on appeal and appellant's points to be served and filed on or before April 16, 1959, with notice of argument for April 28, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.